# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher M. Ginaldi<br>   <u>Debtor</u> | CHAPTER 7<br><br>BKY. NO. 16-17606 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of Pennsylvania Housing Finance Agency as Servicer for U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982), and index same on the master mailing list.

Re: Loan # Ending In: 8283

               Respectfully submitted,

               **/s/Brian Nicholas, Esquire**
               Brian Nicholas, Esquire
               Thomas Puleo, Esquire
               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               (215) 627-1322  FAX (215) 627-7734