# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher M. Ginaldi<br>　　　　　　　　　Debtor | CHAPTER 7 |
| U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)<br>　　　　　　　　　Movant<br>　　vs.<br>Christopher M. Ginaldi<br>　　　　　　　　　Debtor<br><br>Gary F. Seitz<br>　　　　　　　　　Trustee | NO. 16-17606 AMC<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this 27th day of February, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 4518 Robbins Avenue a/k/a 4518 Robbins Street, Philadelphia, PA 19135 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Christopher M. Ginaldi
4518 Robbins Avenue
Philadelphia, PA 19135

Christian A. Dicicco, 2008 Chestnut Street
Philadelphia, PA 19103

Gary F. Seitz
The Curtis Center
601 Walnut Street, Suite 280
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532