United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-17606-amc
Christopher M. Ginaldi                                                           Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett          Page 1 of 1              Date Rcvd: Feb 27, 2017
                               Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.
db              +Christopher M. Ginaldi,    4518 Robbins Avenue,    Philadelphia, PA 19135-3212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2017 at the address(es) listed below:
            BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
             PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
             bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
            CHRISTIAN A. DICICCO    on behalf of Debtor Christopher M. Ginaldi
             cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com
            DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
             PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
             bkgroup@kmllawgroup.com
            GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Christopher M. Ginaldi<br><br>                              Debtor | CHAPTER 7 |
| U.S. Bank National Association (Trustee for the<br>Pennsylvania Housing Finance Agency, pursuant to a<br>Trust Indenture dated as of April 1, 1982)<br>                              Movant<br>        vs.<br>Christopher M. Ginaldi<br>                              Debtor<br><br>Gary F. Seitz<br><br>                              Trustee | NO. 16-17606 AMC<br><br><br>11 U.S.C. Section 362 |

### ORDER

        AND NOW, this 27th day of February, 2017 at Philadelphia, upon failure of Debtor and the

Trustee to file and Answer or otherwise plead, it is:

        ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and

the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and

Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the

subject premises located at 4518 Robbins Avenue a/k/a 4518 Robbins Street, Philadelphia, PA 19135

("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under

the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to,

taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives

including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any

purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement

of its right to possession of the Property.

_____
                                            United States Bankruptcy Judge.

Christopher M. Ginaldi
4518 Robbins Avenue
Philadelphia, PA 19135

Christian A. Dicicco, 2008 Chestnut Street
Philadelphia, PA 19103

Gary F. Seitz
The Curtis Center
601 Walnut Street, Suite 280
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532